

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00492-CR

Jeffery Brian **SPAULDING**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3848
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED AS MODIFIED. Counsel's motion to withdraw is GRANTED.

SIGNED April 2, 2014.

_____
Karen Angelini, Justice